**Jack L. DOUGHERTY, Appellant,**

v.

**R. K. PROCUNIER, etc., et al., Appellees.**

No. 25309.

United States Court of Appeals,
Ninth Circuit.

June 11, 1971.

Appeal from the United States District Court for the Northern District of California; Gerald S. Levin, Judge.

Jack L. Dougherty, in pro. per.

Evelle J. Younger, Atty. Gen. of Cal., Albert W. Harris, Jr., Asst. Atty. Gen., John T. Murphy, Deputy Atty. Gen., San Francisco, Cal., for appellees.

Before KOELSCH, ELY, and TRASK, Circuit Judges.

1. The appellant has requested the appointment of an attorney to assist him with this appeal. This being a civil action,

**PER CURIAM:**

Dougherty is a California state prisoner. He filed an action in the District Court against certain of his custodians, claiming that they had violated his civil rights to his damage in the sum of over $23,000,000. The District Court dismissed the complaint upon the ground that its allegations were not "plain and concise" and that they were "garbled," vague, and unintelligible. We agree with the District Court's conclusion that applicable Rules pertaining to pleading required that Dougherty's complaint not be entertained. Accordingly, the judgment is

Affirmed.[1]

**William C. KITCHEN, Plaintiff-Appellant,**

v.

**James M. CRAWFORD, Chairman of Atlanta-Fulton County Joint Zoning Board, et al., Defendants-Appellees.**

No. 30446.

United States Court of Appeals,
Fifth Circuit.

May 7, 1971.

G. Seals Aiken, John L. Respess, Jr., Atlanta, Ga., for appellant.

Devereaux F. McClatchey, Harold Sheats, John Tye Ferguson, Atlanta, Ga., for appellees.

Before THORNBERRY and GODBOLD, Circuit Judges, and BOOTLE, District Judge.

**PER CURIAM:**

Affirmed on the opinion of the District Court, 326 F.Supp. 1255 (N.D.Ga. 1970).

we have declined to make the requested appointment.